UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>        Plaintiff,<br>v.<br>1 H STREET ASSOCIATES, et al.,<br>        Defendant. | Case No. 17-cv-03294-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Status Report filed on December 7, 2017 that the parties have resolved this case in its entirety. (Re: Dkt. No. 22). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

    **IT IS SO ORDERED.**

Dated: December 8, 2017

_____
VINCE CHHABRIA
United States District Judge